MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
JUSTIN L. MARTIN, MO 62255
Special Assistant United States Attorney
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (206) 615-3735
E-Mail: justin.l.martin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MICHAEL DAVID INGRAHAM,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 2:24-cv-03670-DMC<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE THE ELECTRONIC CERTIFIED ADMINISTRATIVE RECORD AS THE ANSWER TO PLAINTIFF'S COMPLAINT |

Pending the Court's approval, the parties stipulate through their respective counsel that Defendant, the Commissioner of Social Security (the "Commissioner"), shall have a forty-five-day extension of time to respond to Plaintiff's Complaint in this case from March 3, 2025, up to and including April 17, 2025. In support of this request, the Commissioner respectfully states as follows:

1. Defendant's response to Plaintiff's Complaint is due to be filed by March 3, 2025. Defendant has not previously requested an extension of this deadline.

2. Despite working diligently to meet the case deadlines set forth in Federal Rules of Civil Procedures, recently amended to add Supplemental Rules for Social Security review cases under 42 U.S.C. § 405(g), Defendant needs additional time in the instant case to review the administrative record and determine the appropriate response.

3. For those reasons, Defendant requests an extension to April 17, 2025 (45 days), to file an Answer or other response in this matter.

4. Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that she has no objection to this extension request.

5. This request is made in good faith and is not intended to delay the proceedings in this matter.

6. I am attempting to preserve limited judicial resources and have applied the most rapid response under the circumstances.

WHEREFORE, Defendant requests until April 17, 2025, to respond to Plaintiff's Complaint.

///

|   |   |
|---|---|
|   | Respectfully submitted, |
| DATE: March 4, 2025 | FORSLUND LAW LLC |
|   | /s/ Jacqueline Anna Forslund*<br>JACQUELINE ANNA FORSLUND<br>Attorney for Plaintiff<br>(*as authorized via email on February 28, 2025) |
|   | MICHELE BECKWITH<br>Acting United States Attorney |
|   | MATHEW W. PILE<br>Associate General Counsel<br>Office of Program Litigation, Office 7<br>Social Security Administration |
| DATE: March 4, 2025         By | s/ Justin L. Martin<br>JUSTIN L. MARTIN<br>Special Assistant United States Attorney |
|   | Attorneys for Defendant |

ORDER

Pursuant to stipulation, it is so ordered.

Dated: March 4, 2025

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE