1  FORSLUND LAW, LLC
   Jacqueline A. Forslund # 154575
2  P.O. Box 4476
   Sunriver, OR  97707
3  Telephone:     541-419-0074
4  Fax:           541-593-4452
   Email:         jaf@forslundlaw.com
5
6  Attorney for Plaintiff

7
              UNITED STATES DISTRICT COURT
8             EASTERN DISTRICT OF CALIFORNIA
9

10
11 MICHAEL DAVID INGRAHAM,        )   Case No.  2:24-CV-03670-DMC
                                  )
12      Plaintiff                 )   **STIPULATION AND**
                                  )   **ORDER FOR EXTENSION OF TIME**
13 v.                             )   **TO FILE PLAINTIFF'S RESPONSE TO**
                                  )   **DEFENDANT'S MOTION TO DISMISS**
14 LELAND DUDEK[1],               )
   Acting Commissioner of Social Security, )
15                                )
                                  )
16      Defendant                 )
                                  )
17 _____)

18      IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend
19
   the time 35 Days to June 13, 2025, for Plaintiff to file his response to Defendant's Motion to Dismiss.
20
   This is Plaintiff's first request for an extension.  This extension is requested to allow the Appeals
21
   Council time to consider Plaintiff's request for an extension of time for filing his complaint
22

23
24
25
26 _____
27 1 Leland Dudek became the Acting Commissioner of Social Security on February 16, 2025. Pursuant to Rule 25(d) of the Federal
   Rules of Civil Procedure, Leland Dudek should be substituted for Michelle King as the defendant in this suit. No further action need be
28 taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**Ingraham v Dudek**         **Stipulation and Order**         **E.D. Cal. 2:24-cv-03670-DMC**

|   |   |
|---|---|
|   | Respectfully submitted, |
| Date: May 19, 2025 | JACQUELINE A. FORSLUND<br>Attorney at Law |
|   | */s/Jacqueline A. Forslund*<br>JACQUELINE A. FORSLUND<br>Attorney for Plaintiff |
| Date: May 19, 2025 | MICHELLE BECKWITH<br>Acting United States Attorney<br>MATHEW W. PILE<br>Associate General Counsel<br>Social Security Administration |
|   | */s/Justin L. Martin*<br>JUSTIN L. MARTIN<br>Special Assistant United States Attorney<br>*By email authorization<br>Attorney for Defendant |

ORDER

APPROVED AND SO ORDERED

Dated: May 20, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE