FORSLUND LAW, LLC
Jacqueline A. Forslund # 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:    541-419-0074
Fax:          541-593-4452
Email:        jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DAVID INGRAHAM, ) | Case No. 2:24-CV-03670-DMC |
| ) | |
| Plaintiff ) | **STIPULATION AND** |
| ) | **ORDER FOR EXTENSION OF TIME** |
| v. ) | **TO FILE PLAINTIFF'S RESPONSE TO** |
| ) | **DEFENDANT'S MOTION TO DISMISS** |
| LELAND DUDEK[1], ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 35 Days to June 23, 2025, for Plaintiff to file his response to Defendant's Motion to Dismiss. This is Plaintiff's first request for an extension. This extension is requested to allow the Appeals Council time to consider Plaintiff's request for an extension of time for filing his complaint.

---

1 Leland Dudek became the Acting Commissioner of Social Security on February 16, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Leland Dudek should be substituted for Michelle King as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**Ingraham v Dudek**          **Stipulation and Order**          **E.D. Cal. 2:24-cv-03670-DMC**

|   |   |
|---|---|
|   | Respectfully submitted, |
| Date: May 19, 2025 | JACQUELINE A. FORSLUND<br>Attorney at Law |
|   | */s/Jacqueline A. Forslund*<br>JACQUELINE A. FORSLUND<br>Attorney for Plaintiff |
| Date: May 19, 2025 | MICHELLE BECKWITH<br>Acting United States Attorney<br>MATHEW W. PILE<br>Associate General Counsel<br>Social Security Administration |
|   | */s/Justin L. Martin*<br>JUSTIN L. MARTIN<br>Special Assistant United States Attorney<br>*By email authorization<br>Attorney for Defendant |

ORDER

APPROVED AND SO ORDERED

Dated: June 13, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE