1  FORSLUND LAW, LLC
   Jacqueline A. Forslund # 154575
2  P.O. Box 4476
   Sunriver, OR  97707
3  Telephone:     541-419-0074
4  Fax:           541-593-4452
   Email:         jaf@forslundlaw.com
5
6  Attorney for Plaintiff

7
                    UNITED STATES DISTRICT COURT
8                   EASTERN DISTRICT OF CALIFORNIA
9

10
11 MICHAEL DAVID INGRAHAM,        )   Case No.  2:24-CV-03670-DMC
                                  )
12      Plaintiff                 )   **SECOND STIPULATION AND**
                                  )   **ORDER FOR EXTENSION**
13 v.                             )   **TO FILE PLAINTIFF'S RESPONSE TO**
                                  )   **DEFENDANT'S MOTION TO DISMISS**
14 LELAND DUDEK,                  )
   Acting Commissioner of Social Security,  )
15                                )
                                  )
16      Defendant                 )
                                  )
17 _____ )

18      IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend
19
   the time 35 Days to July 28, 2025, for Plaintiff to file his response to Defendant's Motion to Dismiss.
20
   This is Plaintiff's second request for an extension.  This extension is requested to allow the Appeals
21
   Council time to consider Plaintiff's request for an extension of time for filing his complaint.
22

23
24
25
26
27
28
                                     Respectfully submitted,

**Ingraham v Dudek**          **Stipulation and Order**          **E.D. Cal. 2:24-cv-03670-DMC**

| | |
|---|---|
| Date:  June 22, 2025 | JACQUELINE A. FORSLUND<br>Attorney at Law<br><br>*/s/Jacqueline A. Forslund*<br>JACQUELINE A. FORSLUND<br>Attorney for Plaintiff |
| Date:  June 22, 2025 | MICHELLE BECKWITH<br>Acting United States Attorney<br>MATHEW W. PILE<br>Associate General Counsel<br>Social Security Administration<br><br>*/s/Justin L. Martin*<br>JUSTIN L. MARTIN<br>Special Assistant United States Attorney<br>*By email authorization<br>Attorney for Defendant |

<u>ORDER</u>

APPROVED AND SO ORDERED

Dated:  June 24, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

**Ingraham v Dudek**        **Stipulation and Order**        **E.D. Cal. 2:24-cv-03670-DMC**