JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:     541-419-0074
Fax:              541-593-4452
Email:           jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL DAVID INGRAHAM, | ) | Case No.  2:24-CV-03670-DMC |
| | ) | |
| Plaintiff | ) | **STIPULATION AND** |
| | ) | **ORDER FOR EXTENSION OF TIME** |
| v. | ) | **TO FILE PLAINTIFF'S MOTION FOR** |
| | ) | **SUMMARY JUDGMENT** |
| FRANK BISIGNANO, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 45 days to June 13, 2026, for Plaintiff to file his Motion for Summary Judgment, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension.  It is requested due to Plaintiff's counsel's work backlog.

**Ingraham v. Bisignano**          **Stipulation and Order**          **E.D. Cal. 2:24-cv-03670-DMC**

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: April 27, 2026           JACQUELINE A. FORSLUND
                               Attorney at Law


                               */s/Jacqueline A. Forslund*
                               JACQUELINE A. FORSLUND

                               Attorney for Plaintiff


Date:  April 27, 2026          ERIC GRANT
                               United States Attorney
                               MATHEW W. PILE
                               Head of Program Litigation 1
                               Social Security Administration | Law & Policy

                               */s/ Oscar Gonzalez De Llano*
                               OSCAR GONZALEZ DE LLANO
                               Special Assistant United States Attorney
                               *By email authorization

                               Attorney for Defendant


                                   ORDER

APPROVED AND SO ORDERED

Dated:  April 28, 2026

                               _____
                               DENNIS M. COTA
                               UNITED STATES MAGISTRATE JUDGE


**Ingraham v. Bisignano**          **Stipulation and Order**          **E.D. Cal. 2:24-cv-03670-DMC**