JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:    541-419-0074
Fax:          541-593-4452
Email:        jaf@forslundlaw.com

Attorney for Plaintiff


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MICHAEL DAVID INGRAHAM,              )    Case No.  2:24-CV-03670-DMC
                                     )
        Plaintiff                    )    **STIPULATION AND**
                                     )    **ORDER FOR EXTENSION OF TIME**
v.                                   )    **TO FILE PLAINTIFF'S MOTION FOR**
                                     )    **SUMMARY JUDGMENT**
FRANK BISIGNANO,                     )
Commissioner of Social Security,     )
                                     )
        Defendant                    )
                                     )
_____)

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 days to July 15, 2026, for Plaintiff to file his Motion for Summary Judgment, in accordance with the Court's Scheduling Order.  This is Plaintiff's second request for an extension.  It is requested as Plaintiff's counsel's last two briefs took much longer than planned, putting her behind schedule.

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date:  June 11, 2026

JACQUELINE A. FORSLUND
Attorney at Law

*/s/Jacqueline A. Forslund*
JACQUELINE A. FORSLUND

Attorney for Plaintiff

Date:  June 11, 2026

ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration | Law & Policy

*/s/ Oscar Gonzalez de Llano*
OSCAR GONZALEZ DE LLANO
Special Assistant United States Attorney
*By email authorization

Attorney for Defendant

ORDER

APPROVED AND SO ORDERED

Dated:  June 15, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

**Ingraham v. Bisignano**          **Stipulation and Order**          **E.D. Cal. 2:24-cv-03670-DMC**