ERIC GRANT
United States Attorney
MATHEW W. PILE
Executive Counsel for Litigation 1
Social Security Administration | Law & Policy
JOSEPH LANGKAMER PA SBN # 208286
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2212
Email: Joseph.Langkamer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL INGRAHAM,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 2:24-CV-03670-DMC<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g); ORDER |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the Commissioner will take further action to develop the administrative record, as necessary, and issue a new decision. On remand, in accord with HALLEX 01210.055, the agency will assign the case to a different ALJ.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: August 17, 2026

FORSLUND LAW LLC

By: */s/ Jacqueline A. Forslund**
JACQUELINE A. FORSLUND, ESQ.
Attorney for Plaintiff
*As authorized by e-mail on August 13, 2026

Dated: August 18, 2026

ERIC GRANT
United States Attorney

MATHEW W. PILE
Executive Counsel for Program Litigation 1
Social Security Administration | Law & Policy

By: */s/ Joseph Langkamer*
JOSEPH LANGKAMER
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy

Attorneys for Defendant

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: August 18, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE